UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

MICHAEL GREENE,

                                Plaintiff,

                     -against-                                1:25-cv-00887 (ALC)

                                              ORDER
CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       On April 29, 2025, Plaintiff filed a letter with this Court requesting a pre-motion conference on a proposed motion to file an amended complaint. ECF No. 11. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Defendant City of New York is **ORDERED** to respond to the Plaintiff's letter motion by **May 7, 2025** indicating its position.

**SO ORDERED.**

**Dated:  May 5, 2025**
              New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**