UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GREENE,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | 25-CV-00887 (ALC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As per my Order on July 17, 2025 (ECF 36), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at [https://nysd.uscourts.gov/hon-robyn-f-tarnofsky](https://nysd.uscourts.gov/hon-robyn-f-tarnofsky), and file it on the docket by August 28, 2025. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **5:00 PM on September 2, 2025**.

DATED: August 29, 2025　　　　　　　　　　SO ORDERED.
     New York, NY

                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge