THE LAW OFFICES OF

# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

May 27, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Michael Greene v. The City of New York, et al.,
        SDNY Case No. 25 Civ. 0887 (ALC)(RFT)

Dear Magistrate Judge Tarnofsky,

This office represents Plaintiff Michael Greene in the above-referenced action, which asserts disability-discrimination, FMLA, and related state-law claims. Plaintiff respectfully submits this letter, pursuant to Section I(E) of Your Honor's Individual Practices to, request an adjournment of the May 29, 2026, pre-motion conference, ECF Dkt. No. 56.

This is Plaintiff's first application for an adjournment and Defendants' counsel has graciously consented to this application. The parties are available to proceed on June 3, 2026, and June 9-12, 2026.

Thank you for your consideration.

Respectfully,

*s/Fausto E. Zapata, Jr.*
Fausto E. Zapata, Jr.

**Application GRANTED. The conference scheduled for May 29, 2026 will now be held on Tuesday, June 9, 2026 at 10:30 AM. The parties should be prepared to discuss the letter motion at ECF 55. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 540 937 954#.**

**The Clerk of Court is respectfully requested to terminate ECF 57.**

Dated: May 28, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE