UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

               Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

              Defendants.

25-CV-00887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on June 10, 2026:

1.  In light of the parties' lack of progress on discovery, the deadline for completing discovery is extended from June 29, 2026 until **September 8, 2026**. I do not anticipate granting further extensions absent extremely good cause shown.

2.  By **June 22, 2026**, the parties shall submit a joint letter informing the Court of (a) the City's schedule for production of documents (including electronic documents) that Plaintiff has requested and the City has agreed to produce; and (b) any disputes relating to document discovery, including but not limited to electronic discovery. Once I have reviewed that letter, I will set either a telephonic or an in person conference to address the disputes.

3.  The deadlines for Parties' anticipated cross motions for Summary Judgment shall be extended as follows: Cross motions for Summary Judgment shall be due **October 26, 2026**; oppositions shall be de by **November 25, 2026**; and replies, if any, shall be due **December 9, 2026**.

DATED:  June 11, 2026
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge