UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

               Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

               Defendants.

25-CV-0887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 30, 2026, Plaintiff filed a letter listing outstanding discovery he believes is owed to him by Defendants. (ECF 64.) Counsel for Defendants has not been able to provide all the information sought by Plaintiff about what materials Defendants intend to produce and what objections to production Defendants intend to maintain. I ordered Defendants to provide that information to Plaintiff in sufficient time to include it in the June 30, 2026 letter. (ECF 61.) Plaintiff indicates that Defendants' counsel has been unable to consult with his clients because of his need to prepare for a trial scheduled to begin on July 6, 2026 and to last a week. My recollection is that counsel made no reference at the June 10, 2026 conference during which I explained my discovery-related expectations that he had an upcoming trial. Counsel for Defendants asks for additional time, until July 24, 2026, to provide the Court with a more complete update on the status of discovery in this case. I will reluctantly provide the requested extension, and I remain concerned about the lack of progress on discovery. I understand that counsel for Defendants is new to this case and has significant other work obligations. However, Defendants should be aware that I find it unacceptable that they have not responded to proposals made by Plaintiff more than two months ago for custodians and search terms; have not met prior commitments to make supplemental productions within a specified timeframe;

have objected to producing significant categories of documents based on privilege but have still not provided a privilege log; and have produced numerous emails without attachments. If f I am not satisfied with Defendants' efforts to respond to Plaintiff's discovery requests, as reported in the anticipated letter of **July 24, 2026**, I will consider ordering Defendants to produce documents based on Plaintiff's proposed search terms from Plaintiff's proposed custodians; ruling that the privilege objections are waived for failure to provide a log; and imposing sanctions.

DATED:  July 2, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge