UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-00887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties stated in their last update that they intended to meet and confer further last week and provide a status update. (*See* ECF 66.) They have not done so. They shall file a joint update on the status of discovery by **August 5, 2026.**

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge