UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-00887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 31, 2026, the Court ordered the parties to file a joint status update on the docket by September 22, 2026 (ECF 74). The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file a joint status update regarding the production of documents until **September 29, 2026**.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge