UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-00887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on October 5, 2026:

1. As to **point 1** of the September 29, 2026 status update (ECF 76), counsel for Defendant represented that he expected to produce ESI by **October 9, 2026**. Plaintiff's counsel shall review the documents and confer with Defendants' counsel on whether the production is complete. Plaintiff's counsel may raise any disputes about this issue by letter-motion filed by **October 16, 2026**.
2. As to **point 2** of the September 29, 2026 status update (ECF 76), Defendants' counsel shall confer with his e-discovery colleague and clarify his position to Plaintiff's counsel by **October 9, 2026**. If necessary, the parties shall meet and confer on this topic, and Plaintiff may raise any disputes by letter-motion filed by **October 16, 2026**.
3. No action is required at this time on **point 3** of the September 29, 2026 status update (ECF 76).
4. Defendants' counsel represents that he believes the issues raised in **points 4, 5, and 7** of the September 29, 2026 status update (ECF 76) will be addressed by ESI production expected to occur by **October 9, 2026**. To the extent that counsel for Plaintiff believes the production does not address those issues, he shall meet and confer with counsel for

Defendants and raise any unresolved issues by filing a letter-motion by **October 16, 2026**.

5. Defendants' counsel stated that he did not understand what Plaintiff's counsel is seeking in **point 6** of the September 29, 2026 status update (ECF 76). The parties shall meet and confer on this issue by **October 9, 2026**, and Plaintiff may raise any unresolved issues by filing a letter-motion on the docket by **October 16, 2026**.
6. As to **points 8 and 9** of the September 29, 2026 status update (ECF 76), Defendants' counsel must speak to his client at the agency. He shall do so and shall convey his position to Plaintiff's counsel by **October 9, 2026.** The parties shall meet and confer about any disagreement on these issues, and if necessary, Plaintiff may raise any unresolved issues by filing a letter-motion on the docket by **October 16, 2026**.
7. As to **point 10** of the September 29, 2026 status update (ECF 76), Defendants' counsel anticipates providing a privilege log by **October 9, 2026**. If Plaintiff's counsel has any concerns about the privilege log, he shall meet and confer with Defendants' counsel and raise any unresolved issues by filing a letter-motion on the docket by **October 16, 2026.**
8. Defendants' response to any discovery-related letter-motions filed on the docket by **October 16, 2026** shall be filed on the docket by **October 21, 2026**.

DATED: October 5, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge