THE LAW OFFICES OF
**FAUSTO E. ZAPATA, JR., P.C.**

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

October 15, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Michael Greene v. The City of New York, et al., SDNY Case No. 25 Civ. 0887 (ALC)(RFT)**

Dear Magistrate Judge Tarnofsky,

This office represents Plaintiff Michael Greene in the above-referenced action, which asserts disability-discrimination, FMLA, and related state-law claims.

On October 5, 2026, the Court directed the parties to confer on outstanding discovery issues addressed in Plaintiff's September 29, 2026, letter to the Court (ECF Dkt. No. 76), required defense counsel to clarify specified positions by October 9, 2026, permitted Plaintiff to raise unresolved disputes by letter-motion by October 16, 2026, and set October 21, 2026, for Defendants' responses.

Defendants produced thousands of pages of discovery on October 15, 2026. Plaintiff needs time to review that production before counsel can meaningfully confer about whether it resolves the outstanding disputes.

Defense counsel has not clarified his position on Point 2 to Plaintiff's counsel by the October 9, 2026, deadline, as the Court directed. Defendants' counsel has not conveyed his position to Plaintiff's counsel concerning Points 8 and 9. Defendants have not turned over the privilege log, which Defendants' had anticipated producing on October 9, 2026.

The parties also did not meet and confer concerning Point 6 by October 9, 2026. On that date, defense counsel emailed Plaintiff's counsel that he intended to send discovery materials that day and that they would be forthcoming. The parties did not discuss Point 6 in that exchange.

Based on the above, Plaintiff respectfully requests an extension through October 26, 2026, to complete the required meet-and-confer discussions and file any discovery letter-motion, and asks the Court to set a corresponding deadline for Defendants' response.

Respectfully,

[signature]

Fausto E. Zapata, Jr.

Application GRANTED. Plaintiff shall file any discovery-related letter-motion by October 26, 2026. Defendants shall respond to any such letter-motion by November 2, 2026. The Clerk of Court is respectfully requested to terminate ECF 79.

SO ORDERED

[signature]

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2026
New York, NY