THE LAW OFFICES OF
**FAUSTO E. ZAPATA, JR., P.C.**

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

October 23, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Michael Greene v. The City of New York, et al.,
SDNY Case No. 25 Civ. 0887 (ALC)(RFT)**

Dear Magistrate Judge Tarnofsky,

This office represents Plaintiff Michael Greene in the above-referenced action, which asserts disability-discrimination, FMLA, and related state-law claims.

On October 5, 2026, the Court directed the parties to confer regarding the discovery disputes identified in Plaintiff's September 29 letter (ECF No. 76), required defense counsel to clarify specified positions, and permitted Plaintiff to raise any unresolved disputes by letter-motion. Plaintiff's current deadline to file that letter-motion is October 26, 2026. Plaintiff requests an extension to October 30, 2026. This is Plaintiff's second request for an extension of that deadline; the prior request was granted.

I request this extension because I was ill for most of this week with a virus, and my symptoms impaired my ability to review and analyze the thousands of pages of materials Defendants counsel produced on October 15, 2026, in time to meet and confer with Defendants' counsel and prepare Plaintiff's discovery letter-motion by the October 26 deadline. Defendants' counsel, Yi Liu, consents to this request.

Thank you for your consideration.

Respectfully,

Fausto E. Zapata, Jr.

Application GRANTED. Plaintiff shall raise any unresolved disputes by letter motion by **October 30, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 83.

C: File

Dated: October 23, 2026
New York

**SO ORDERED**

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**