UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-00887 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 11, 2026, I issued an Order setting a briefing schedule for the parties' anticipated cross summary judgment motions. (ECF 61.) In that Order, I directed the parties to file summary judgment briefs no later than October 26, 2026. The deadline to submit summary judgment briefs has now expired.

Accordingly, I am nunc pro tunc extending the time for the parties to file summary judgment motion briefs until **November 9, 2026.** The parties shall submit their response by **December 9, 2026**. Replies, if any, shall be due by **December 23, 2026**.

DATED: October 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge